Peter Toumbekis
Attorney at Law
281 Beaver Dam Road
Brookhaven, NY 11719

(917) 325-3574 Fax: (929) 403-0220

March 21, 2025

Defendant's request to travel to Colorado from March 24, 2025 to March 29, 2025 is GRANTED. The Clerk of the Court shall close dkt. no. 19.

**SO ORDERED.**

Dated: March 21, 2025

Loretta A. Preska

LORETTA A. PRESKA, U.S.D.J.

United States Courthouse
Hon. Loretta A. Preska
500 Pearl Street
New York, NY 10007-1312

**RE: U.S. v. Jared Solomon**

Dear Hon. Preska:

I am the attorney of record for the Defendant Mr. Jared Solomon.

On behalf of the Defendant, I am respectfully requesting permission for Mr. Solomon to travel to Snowmass Village, Colorado from Monday, March 24, 2025 to Saturday, March 29, 2025. This request by the Defendant is made with the foreknowledge of PreTrial Services and the U.S. Attorney's Office.

PreTrial Officer Ms. Perdomo does not oppose this request and the AUSA Margulies stated that the Government defers to PreTrial.

Mr. Solomon would travel with his wife and their three children. The purpose of the trip is for the children's spring recess from school.

Mr. Solomon would fly on United Airlines and would stay at the Limelight Snowmass Hotel for the entire duration of the trip. I have attached a copy of the flight itinerary and hotel confirmation.

Thank you in advance for your considerartion.

Very truly yours,

Peter Toumbekis, Esq.

cc: AUSA Adam Margulies
PreTrial Officer Ms. Perdomo